UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| STEPHEN BAIN,<br>    Plaintiff<br><br>    v.<br><br>ROBERT HOFMANN,<br>PRISON HEALTH SERVICES, INC.,<br>VERMONT DEPARTMENT OF<br>CORRECTIONS,<br>MICHELLE COGBURN,<br>CORRECTIONS CORPORATION OF<br>AMERICA, BRENT CROUSE,<br>JANE DOE, JOHN DOE,<br>JOHN FERGUSON,<br>FRED FIGUEROA, DR. KACZMERCK,<br>DR. LIPPMEN, MR. LOONEY,<br>OKLAHOMA DEPARTMENT OF<br>CORRECTIONS, DR. WADE WARREN,<br>    Defendants | File No. 1:06-CV-168 |

## ORDER

The Magistrate Judge's Report and Recommendation was filed May 14, 2007 (Paper 31).  After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).  The Motion to Dismiss filed by defendant Prison Health Services, Inc. (Paper 24) is GRANTED without prejudice.  Plaintiff's Motions for Protective Order (Papers 19 and 30) are DENIED.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous.  See 28 U.S.C. § 1915(a)(3).

1

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 25th day of June, 2007.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge
